IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA        *
                                *
        v.                      *       CR 109-133
                                *
ALFONSO ALVEREZ BANDA           *
```

-----------

O R D E R

-----------

On February 14, 2022, the Court determined that Defendant Alfonso Alvarez Banda is entitled to compassionate release under 18 U.S.C. § 3582(c)(2) based upon his age and medical condition. (Doc. 168.)  The Court could not order his release, however, because Banda did not present a verifiable residence or viable release plan to the Bureau of Prisons prior to filing this motion. Moreover, Banda was subject to a detainer by Immigration and Customs Enforcement ("ICE").  The Court now has information through the United States Probation Office in this district that Banda has a verified release plan and the ICE detainer has been lifted. Accordingly, the Court hereby **GRANTS** (doc. 164) the motion for compassionate release.   The Court reduces Defendant Alfonso Alvarez Banda's term of imprisonment to **TIME SERVED**.  Because there is a verified residence and an appropriate release plan in place, Defendant Banda shall be released, with no unnecessary delay, as soon as appropriate travel arrangements are made.  In all other

respects, the Judgment and Commitment Order of March 22, 2011 is unchanged, including the term and conditions of supervised release.

The Clerk is directed to provide a service copy of this Order to Mr. Christopher Doughtie, USPO of the Southern District of Georgia; the United States Probation Office in Columbia, South Carolina; and to Case Manager Katelyn Rush at FCI Edgefield.

**ORDER ENTERED** at Augusta, Georgia, this _23rd_ day of March, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA